**CHAPTER 13 PLAN**

Case No. _____

Debtor(s): **Hinklin, Ronald Regis**  SS#: **6807**  Net Monthly Earnings: $ **5,710.00**
**Hinklin, Majorie Cox**  SS#: **4289**  Number of Dependents: **0**

I. Plan Payments:

 [ x] Payroll deduction order to:
 **Century Dedicated, Inc.**
 **P.O. 159**
 **Cottondale, AL 35453**
 **$336.00 Weekly**

Length of plan is approximately **60 months**, and the total debt to be paid through the plan is approximately $ **87,300.00**.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. **PRIORITY CLAIMS** (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| **Donna Rieken** | **Domestic support** | **900.00** | **25.00** |

B. Total **Attorney Fee**: $ **3,000.00** ; $ **0.00** paid pre-petition; $ **3000.00 to be paid at confirmation** and $ **00.00 per month**.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. **Long Term Debts:**

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | |

2. **Secured Debts** (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Ally Financial** | **10.00** | **27,000.00** | **25,000.00** | **2000.00** | **2014 Dodge Challenger;** | **5.00** | **551.00** | Post-Conf. |
| **Chrysler Capital** | **10.00** | **21,492.00** | **20,000.00** | **1492.00** | **2013 Dodge Ram; 2** | **5.00** | **438.00** | Post-Conf |
| **Harley Davidson Fin.. Svcs.** | **10.00** | **9,000.00** | **9,000.00** | **0.00** | **2008 Harley Davidson** | **5.00** | **184.00** | Post-Conf |
| **Harley Davidson Fin. Svcs.** | **10.00** | **4,300.00** | **4,000.00** | **3000.00** | **2001 Harley Davidson Sportster** | **5.00** | **88.00** | Post-Conf. |

III. **Other debts** (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **None** | | | | |

IV. **Special Provisions**:
 **[X]** This is an original plan.
 [ ] This is an amended plan replacing plan dated _____.
 **[X]** This plan proposes to pay unsecured creditors **100 %**

[x ] Other provisions: This plan proposes to pay a fixed payment over the life of the plan and interest of 5% on any allowed secured claim not provided for herein; and a fixed payment over the life of the plan on any priority claim not provided for herein. Interest and/or a fixed payment is not provided for unless a claim is allowed as secured or priority. Debtor(s) will continue to pay pre- and post-petition utility service debt in lieu of posting a deposit and acknowledges that the automatic stay does not bar efforts to collect said utility debts.

Dated: **May 28, 2015**  /s/ *Ronald Regis Hinklin* _____
 Signature of Debtor

/s/ *Annette B. Crain* _____  /s/ *Majorie Cox Hinklin* _____
Signature of Attorney  Signature of Spouse (if applicable)
**Davis & Crain**
**1320 22nd Avenue**
**Tuscaloosa, AL 35401-2938**
**(205) 759-1443**