<pre style="text-align:center">AMENDED CHAPTER 13 PLAN                     Case No. 15-70804</pre>

Debtor(s): **Hinklin, Ronald Regis**   SS#: **6807**   Net Monthly Earnings: $ **4983.00**

**Hinklin, Majorie Cox**   SS#: **4289**   Number of Dependents: **0**

I. Plan Payments:

[ x] Payroll deduction order to:
**Conley Transport**
**P O Box 809**
**Searcy, AR  72145-0809**
**$286.00 per week**

Length of plan is approximately **60 months**, and the total debt to be paid through the plan is approximately $ **87,300.00**.

II. From the payments received, the trustee shall make disbursements to the Bankruptcy Code including:

A. **PRIORITY CLAIMS** (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| **Donna Rieken** | **Domestic support** | 5325.00 | 92.00 |

B. Total **Attorney Fee**: **$ 3,000.00** ; $ **0.00** paid pre-petition; **$ 3000.00 to be paid at confirmation** and **$ 00.00 per month**.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. **Long Term Debts:**

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | To be Paid By | Regular Payment to Begin | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|---|
| **None** | | | | | | | | |

2. **Secured Debts** (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Pay-ment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Ally Financial** | **10.00** | **32056.35** | 25000.00 | **7056.35** | **2014 Dodge Challenger;** | **5.00** | **623.31** | Post-Conf. |
| **Santander/Chrysler** | **10.00** | **21637.76** | **20,000.00** | **1637.00** | **2013 Dodge Ram; 2** | **5.00** | **420.73** | Post-Conf |
| | | | | | | | | |

III. **Other debts** (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| **None** | | | | |

IV. **Special Provisions**:

   **[X]** This is an original plan.
   **[ ]** This is an amended plan replacing plan dated _____.
   **[X] This plan proposes to pay unsecured creditors 0 %**

**[x ]** Other provisions:  This plan proposes to pay a fixed payment over the life of the plan and interest of 5% on any allowed secured claim not provided for herein; and  a fixed payment over the life of the plan on any priority claim not provided for herein.  Interest and/or a fixed payment is not provided for unless a claim is allowed as secured or priority. Debtor(s) will continue to pay pre- and post-petition utility service debt in lieu of posting a deposit  and acknowledges that the automatic stay does not bar efforts to collect said utility debts. **Debtors propose to surrender their interest in a 2008 Harley Davidson and 2001 Harley Davidson Sportster purportedly securing debts to Harley Davidson Financial Svcs.**

Dated: 9/29/2015                              */s/ Ronald Regis Hinklin*
                                              Signature of Debtor

*/s/ Annette B. Crain*                         */s/ Majorie Cox Hinklin*
Signature of Attorney                          Signature of Spouse (if applicable)
**Davis & Crain**
**1320 22nd Avenue**
**Tuscaloosa, AL  35401-2938**
**(205) 759-1443**