IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA,
WESTERN DIVISION

IN RE: BK 15-70804-JHH-13
RONALD REGIS HINKLIN
Social Security No. XXX-XX-6807
MAJORIE COX HINKLIN
Social Security No. XXX-XX-4289
       Debtor.

## CONFIRMATION ORDER

Notice of a hearing on confirmation of debtor's Chapter 13 plan, dated September 29, 2015, having been given to the debtor and all scheduled creditors; and the hearing having been held on November 3, 2015, it is hereby

     **ORDERED, DECREED AND ADJUDGED:**

1. The debtor's plan is hereby **CONFIRMED**.

2. Each creditor must file a written proof of claim in the form provided by law to participate in disbursements under the plan. Claims will be paid as duly filed, without hearing, unless a written objection is filed as provided by the Bankruptcy Code. If an objection is filed, the court will conduct a hearing to determine the allowed amount of the claim.

3. The debtor shall pay C. David Cottingham, Standing Trustee, **$286.00 per week for 60 months** beginning immediately. From the funds paid to the trustee, attorney's fees of **$3,000.00** are allowed to **ANNETTE B. CRAIN**, **$3,000.00** payable as part of initial administrative costs, and **$0.00** per month until paid in full. If proper proofs of claim are filed, the remaining plan funds will be paid in the following way:

| | | | | | |
|---|---|---|---|---|---|
| **Santander/Chrysler** | Claim # | 2 | $ 420.73 | Per month | 5% |
| **Ally Financial** | Claim # | 3 | 623.31 | Per month | 5% |
| **Donna Rieken** | Claim # | 6 | 98.62 | Per month | 0% |

**HARLEY DAVIDSON FINANCIAL SERVICES:** Debtors propose to surrender collateral of 2008 Harley Davidson and 2001 Harley Davidson Sportster to Harley Davidson Financial Services, and the Court approves this proposal; Harley Davidson Financial Services is GRANTED relief from the automatic stay to repossess or accept surrender and liquidate said collateral.

**OBJECTION TO CONFIRMATION FILED BY ALLY FINANCIAL OVERRULED.**

**OBJECTION TO CONFIRMATION FILED BY HARLEY-DAVIDSON CREDIT CORPORATION OVERRULED.**

**OBJECTION TO CONFIRMATION FILED BY DONNA F. RIEKEN OVERRULED.**

**TRUSTEE'S OBJECTION TO CONFIRMATION IS OVERRULED.**

**TRUSTEE'S MOTION TO DISMISS IS DENIED.**

The trustee shall distribute the balance left after these fixed payments pro rata among the debtor's other creditors with allowed proofs of claim with payment continuing until these claimants have been paid **0.00%** of their allowed debt. Any debt not addressed by this order shall be administered in accordance with the debtor's confirmed plan and applicable law.

BK #15-70804-JHH-13
PAGE 2

All creditors whose claims are paid direct by Debtor are granted limited relief from automatic stay to contact the Debtor by mail or telephone concerning the payment of post-petition (no pre-petition) monthly installment payments.

If this case is dismissed, any monies received prior to the order of dismissal shall be distributed according to the confirmed plan. Any monies received after an order of dismissal shall be distributed to the debtor.

DONE and ORDERED this the 12th day of November, 2015.

/s/ JENNIFER H. HENDERSON
JENNIFER H. HENDERSON
United States Bankruptcy Judge